UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| SUSAN BRANNEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | C.A. NO. 6:16-CV-1993-MGL |
| | ) | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation Deadline:            January 6, 2017

    b. Joint Stipulation:              February 6, 2017

    c. Cross-Motions for Judgment:     February 6, 2017

    d. Replies to Cross-Motions
       for Judgment:                   February 13, 2017

**IT IS SO ORDERED**.

    s/Mary Geiger Lewis
Hon. Mary Geiger Lewis
United States District Judge

November 8, 2016
Columbia, South Carolina